UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:18-cv-1217 |
| ) | |
| FOUR (4) FIREARMS AND ) | |
| AMMUNITION, ) | |
| Defendants. ) | |

**COMPLAINT OF FORFEITURE IN REM**

The United States of America, by counsel, Josh J. Minkler, Acting United States Attorney for the Southern District of Indiana, and Debra G. Richards, Assistant United States Attorney, alleges on information and belief as follows:

**NATURE OF THE ACTION**

1. This is a civil in rem action seeking forfeiture of property pursuant to 18 U.S.C. § 924(d), and pursuant to 31 U.S.C. § 5317(c)(2).

**JURISDICTION AND VENUE**

2. This Court has subject matter jurisdiction under 28 U.S.C. § 1345 (district courts have original jurisdiction of all civil actions commenced by the United States) and § 1355 (district courts have original jurisdiction of any action for forfeiture, and action can be brought in district in which any of the acts giving rise to the forfeiture occurred).

3. This Court has in rem jurisdiction over the defendant property under 28 U.S.C. § 1355(b) (forfeiture action can be brought in district in which any of the acts giving rise to the forfeiture occurred), and Rule G(3)(b)(i) of the Supplemental Rules for Certain Admiralty and Maritime Claims (clerk must issue a warrant to arrest property in the government's possession).

4. This Court is the appropriate venue in this matter pursuant to 28 U.S.C. § 1395(a)

and (b), in that the forfeiture occurred in the Southern District of Indiana, and the defendant is now, and during the pendency of this action will be, found within the Southern District of Indiana.

## DEFENDANTS

5. The Defendants are Four Firearms and Ammunition as described below:

- Beretta, Pietro S.P.A. Cougar Pistol CAL: 45, Serial Number: 070273MC (Asset Identification Number: 15-ATF-027860);

- 9 Rounds Tula Cartridge Works-Russia Ammunition CAL: 45 (Asset Identification Number: 15-ATF-027861);

- Freedom Arms Co. Casull Revolver CAL: 22, Serial Number: B29992 (Asset Identification Number: 15-ATF-027864);

- 4 Rounds Other Ammunition CAL: 22, (Asset Identification Number: 15-ATF-027865);

- Mossberg 500 Shotgun CAL: 12, Serial Number: T280483 (Asset Identification Number: 15-ATF-027866);

- Raven Arms P25 Pistol CAL: 25, Serial Number: 285194 (Asset Identification Number: 15-ATF-027867);

- 6 Rounds Other Ammunition CAL: 25 (Asset Identification Number: 15-ATF-027868);

- 11 Rounds Assorted Ammunition CAL:12 (Asset Identification Number: 15-ATF-027875);

- 43 Rounds Other Ammunition CAL: 25 (Asset Identification Number: 15-ATF-027876);

- 47 Rounds Assorted Ammunition CAL: 9 (Asset Identification Number: 15-ATF-027877);

- 46 Rounds CCI Ammunition CAL: 22 (Asset Identification Number: 15-ATF-027878); and

- 12 Rounds Tula Cartridge Works – Russia Ammunition CAL: 45 (Asset Identification Number: 15-ATF-027879)

(collectively "the Defendant Property").

6. The United States Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") have taken the Defendant Property into custody.

7. Each firearm previously listed meets the definition of firearm as described in the Gun Control Act ("GCA"), 18 U.S.C. § 921(a)(3).

8. All ammunition previously listed meets the definition of ammunition as described in the GCA, 18 U.S.C. § 921(a)(17)(A).

**FACTS**

9. In January 2015, the Indianapolis Metropolitan Police Department ("IMPD") was investigating a theft of property from a residence. The IMPD received a tip that the stolen property was located at 3421 North Arthington Boulevard, Indianapolis, Indiana. Officers applied for and received a search warrant to search the Arthington Boulevard residence. On January 23, 2015, IMPD officers went to 3421 North Arthington Boulevard, in Indianapolis, Indiana, to execute Marion County Search Warrant No. 49-G04-1501-MC-002464. Law enforcement officers were looking for several stolen items, including a 55-inch television, a 42-inch television, a laptop computer, an X Box video game system, a Wii video game system, and a number of X Box games.

10. Upon arrival, officers found the front door open. They met Anthony Minney ('Minney") and Laticia Scanlon ("Scanlon") at the door. Both parties stated they lived at the residence. Detective Vasquez read the warrant upon entering the residence. At the time the warrant was served, Minney was on parole for being a Serious Violent Felon in Possession of a Firearm. Minney and Scanlon were read their Miranda rights and stated they understood them.

11. Minney was asked if he had any firearms or ammunition in the house. Minney admitted to the officers that there was ammunition in the house. A firearm was found in a bedroom, and Minney admitted to the officers that he was on parole and that he was not supposed to be around firearms and ammunition.

12. During the search of the residence, the additional Defendant Property were located throughout the residence. Officers located a Freedom Arms Co. Casull Revolver CAL: 22, Serial Number: B29992 (Asset Identification Number: 15-ATF-027864) in the top dresser drawer; the Beretta, Pietro S.P.A. Cougar Pistol CAL: 45, Serial Number: 070273MC (Asset Identification Number: 15-ATF-027860), under the right side of the bed; the Raven Arms P25 Pistol CAL: 25, Serial Number: 285194 (Asset Identification Number: 15-ATF-027867), was found on the top closet shelf under clothing; the Mossberg 500 Shotgun CAL: 12 Serial Number: T280483 (Asset Identification Number: 15-ATF-027866), in the back room on the floor leaning up against the wall in the corner of a closet. The officers also located a Kevlar bulletproof vest in the back bedroom closet hanging up on a hanger. In the closet, officers found a shaving kit bag that contained plastic baggies and a scale with suspected cocaine on it in the closet. The shaving kit bag also contained Minney's Indiana identification and his parole identification was located next to the scale with the cocaine on it. The officers also located a Springfield Arms, .45 caliber pistol, SN: XD701442 (Asset Identification Number: 15-ATF-027862) and

ammunition ("Springfield and Ammunition"),[1] on the top closet shelf under some clothing.

13. After finding the firearms and ammunition, officers asked Minney who owned the firearms. Minney responded that all of the firearms were his. Minney also provided the officers with instructions on how to remove the loaded ammunition from the firearms so as to make the firearms safe for transport.

14. At the time, the Defendant Property was seized from Minney, he was a convicted felon, having been convicted of Dealing in Cocaine, a class A felony, on November 20, 2007, in Marion County Superior Court, Cause Number 49-G20-0407-FA-136438. Minney had also been convicted on May 12, 2012, of Escape, a C Felony, in Marion Superior Court, Cause Number 49-G01-1012-FC-095691.

15. Minney was charged in the United States District Court, Southern District of Indiana, with three counts of being a Felon in Possession based upon the Defendant Property and the Springfield Arms, .45 caliber pistol, SN: XD701442 (Asset Identification Number: 15-ATF-027862) and ammunition. *See United States v. Minney*, Cause No. 1:15-cr-0063-LJM-DML ("Criminal Case"). Minney pled guilty to Count One, which involved the Springfield and Ammunition. In return for his plea, the United States dismissed Counts Two and Three.

16. In his plea, Minney admitted that, prior to January 23, 2015, he had sustained several felony convictions. Criminal Case, Dkt. 67, ¶ 27(C). He admitted that he had been convicted on or about May 18, 2012, of Escape; on or about July 14, 2009, of Unlawful Firearm Possession by a Serious Violent Felon; on or about December 2, 2004, of Dealing in Cocaine or Narcotic Drugs; and on or about May 27, 1999, of Possession of Cocaine or Narcotic Drugs. *Id.*

---

[1] The Springfield Arms and certain ammunition were forfeited in Minney's criminal prosecution.

17. Minney admitted that he was guilty of being a felon in possession as charged. Criminal Case, Dkt. 67, ¶ 28(H). In his plea agreement, Minney agreed to abandon all right, title, and interest in the Defendant Property in exchange for the plea agreement. Criminal Case, Dkt. 67, ¶ 15.

18. On November 21, 2016, Minney was adjudged guilty and sentenced to 92 months imprisonment. Criminal Case, Dkt. 79.

19. On August 7, 2017, the Court issued its Final Order of Forfeiture forfeiting to the United States the Springfield and Ammunition, which was subject to Count One.

20. The Defendant Property were not manufactured in the State of Indiana, and therefore all have traveled in interstate commerce prior to Minney's possession of them on January 23, 2015.

## PERTINENT STATUTES AND REGULATIONS

21. The Gun Control Act ("GCA"), as amended, makes it unlawful for certain persons, including felons (*i.e.* persons convicted of crimes punishable by more than one year in prison), unlawful drug users and illegal aliens, to possess firearms or ammunition. 18 U.S.C. § 922(g). Possession may be either actual or constructive; it need not be exclusive but may be joint. *United States v. Garrett*, 903 F.2d 1105, 1110 (7th Cir. 1990).

22. Further, the GCA makes it unlawful for a person who is an unlawful user of any controlled substance to ship, transport, possess, or receive any firearm or ammunition. 18 U.S.C. § 922(g)(3).

23. Title 18, United States Code, Section 924(d) provides that any firearm or ammunition involved in or used in any knowing violation of 18 U.S.C. § 924, "or willful violation of any other provisions of this chapter or any rule or regulation promulgated thereunder, or any violation of any other criminal law of the United States . . . shall be subject to

seizure and forfeiture."

## CLAIM FOR RELIEF

24.     Based on the above factual allegations, there is probable cause to believe that Minney shipped, transported, possessed, or received the Defendant Property in violation of 18 U.S.C. §§ 922(g) and is therefore subject to forfeiture pursuant to 18 U.S.C. § 924(d).

WHEREFORE, the United States prays that process of warrant in rem issue for the arrest of the Defendant Property; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendant property be forfeited to the United States for disposition according to law; and that the United States be granted such other relief as this Court may deem just and proper.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney


By:     *s/ Debra G. Richards*
Debra G. Richards
Assistant United States Attorney

United States Attorney's Office
10 West Market Street
Suite 2100
Indianapolis, IN   46204
Telephone:   (317) 226-6333
Facsimile: (317) 226-6125

7

## VERIFICATION

I, Launa Hunt, hereby verify and declare under penalty of perjury that I am a Special Agent for Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), that I have read the foregoing Verified Complaint in Rem and know the contents thereof, and that the matters contained in the Complaint are true to my own knowledge, except that those matters herein stated to be alleged on information and belief, and as to those matters I believe to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement offices, as well as my investigation of this case, together with others, as a Special Agent with ATF.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Dated: 4-20-18

Launa Hunt
Special Agent
ATF

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | ☐ 362 Personal Injury - Medical Malpractice | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | | | | | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.
  (b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)
  (c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:18-cv-1217 |
| | ) | |
| FOUR (4) FIREARMS AND AMMUNITION, | ) ) | |
| | ) | |
| Defendants. | ) | |

## WARRANT FOR ARREST OF PROPERTY

TO:   ANY OFFICER OR EMPLOYEE OF THE UNITED STATES

WHEREAS a Complaint for Forfeiture In Rem has been filed in this Court on the _____ day of April 23, 2018, by Josh J. Minkler, United States Attorney for the Southern District of Indiana, against four (4) firearms and ammunition, defendants herein, for reasons and causes set forth in the Complaint;

YOU ARE HEREBY COMMANDED to take custody of and to deliver the defendant property into the possession of the United States Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") for the Southern District of Indiana, to be detained in the possession of the ATF until further order of this Court, and you will make return thereon not later than ten (10) days after execution of process.

Dated: _____     _____
                           Laura A. Briggs, Clerk
                           United States District Court
                           Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system

Service via first-class U.S. Mail on:

Anthony Minney #12677-028
FCI Greenville
Federal Correctional Institution
P.O. Box 5000
Greenville, IL  62246

Laticia Scanlon
3421 Arthington Blvd.
Indianapolis, IN  46218

Arrest Warrant to be issued by the Clerk pursuant to
Rule G(3)(b)(i) of the Supplemental Rules for
Admiralty or Maritime Claims and Asset Forfeiture Actions,
for property in custody of the United States.